# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

February 24, 2016

The Honorable Leonard P. Stark                  *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
822 North King Street
Wilmington, DE 19801

      Re:    *Forest Laboratories, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
                C.A. Nos. 14-121 and 14-686 (LPS)

Dear Chief Judge Stark:

      Subject to the Court's approval, the parties have agreed to the following schedule for post-trial submissions:

      1.    **April 4, 2016**: The parties' Opening Briefs on all issues, which shall not exceed 30 pages, and proposed findings of fact, which shall not exceed 40 pages.

      2.    **April 29, 2016**: The parties' Response Briefs, which shall not exceed 25 pages.

      The parties are available at the Court's convenience to discuss this proposal.

                              Respectfully,

                              */s/ Jack B. Blumenfeld*

                              Jack B. Blumenfeld (#1014)

JBB/dlw
cc:    Clerk of Court (Via Hand Delivery)
       All Counsel of Record (Via Electronic Mail)