# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

May 17, 2016 - Original Filing Date
May 25, 2016 - Redacted Filing Date
REDACTED - PUBLIC VERSION

The Honorable Leonard P. Stark          *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
822 North King Street
Wilmington, DE 19801

    Re:    *Forest Laboratories, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
            C.A. Nos. 14-121 and 14-686 (LPS)

Dear Chief Judge Stark:

       We write on behalf of the Plaintiffs and Teva in the above-referenced civil actions and in response to the Court's May 16, 2016 Order requesting a joint letter setting forth positions on the issue referenced in their May 13, 2016 letter. Plaintiffs and Teva very much appreciate the Court scheduling a teleconference on this matter so quickly.



The Honorable Leonard P. Stark
May 17, 2016
Page 2

                                        Respectfully,

                                        */s/ Jack B. Blumenfeld*

                                        Jack B. Blumenfeld (#1014)

JBB/dlw
Enclosure
cc:     Clerk of Court (Via Hand Delivery; w/ encl.)
          All Counsel of Record (Via Electronic Mail; w/ encl.)