IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH and ADAMAS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., WOCKHARDT USA LLC, WOCKHARDT BIO AG, WOCKHARDT LTD., SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES, LTD., <br><br> Defendants. | C.A. No. 14-121 (LPS) |
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD. and ADAMAS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY INC., RANBAXY LABORATORIES LIMITED and TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | C.A. No. 14-686 (LPS) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Forest Laboratories, Inc. (now known as "Forest Laboratories, LLC"), Forest Laboratories Holdings, Ltd., and Adamas Pharmaceuticals, Inc. appeal to the U.S. Court of Appeals for the Federal Circuit from the U.S. District Court for the District of Delaware's Final Judgment (D.I. 255 in C.A. No. 14-121 (LPS) (July 26, 2016) and D.I. 241 in C.A. No. 14-686 (LPS) (July 26, 2016)) and Claim Construction Opinion and Order

(D.I. 194 & 195 in C.A. No. 14-121 (LPS) (January 5, 2016) and D.I. 180 & 181 in C.A. No. 14-686 (LPS) (January 5, 2016)) in the above-captioned cases, including, without limitation, any and all decisions underlying or leading to the foregoing. This appeal is timely under 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A).

Included herewith is payment of the filing fee ($5.00) and docketing fee ($500.00) as required by 28 U.S.C. § 1917, Federal Circuit Rule 52(a)(3)(A), Federal Rule of Appellate Procedure 3(e), and the United States District Court for the District of Delaware fee schedule (effective June 1, 2016).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., and Adamas Pharmaceuticals, Inc.*

OF COUNSEL:

George F. Pappas
Jeffrey B. Elikan
Eric R. Sonnenschein
Bradley K. Ervin
Jeremy D. Cobb
COVINGTON & BURLING LLP
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

David S. Denuyl
COVINGTON & BURLING LLP
1 Front Street, Fl. 35
San Francisco, CA 94111
(415) 591-6000

*Attorneys for Plaintiffs Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd.*

Peter J. Armenio, P.C.
Robert B. Wilson
Anne S. Toker
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010
(212) 849-7000

*Attorneys for Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., and Adamas Pharmaceuticals, Inc.*

August 23, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 23, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffer Ali, Esquire<br>Jennell C. Bilek, Esquire<br>Christopher A. Pinahs, Esquire<br>Mark D. Schuman, Esquire<br>Alexandra J. Olson, Esquire<br>Iain A. McIntyre, Esquire<br>Samuel T. Lockner, Esquire<br>CARLSON, CASPERS, VANDENBURGH,<br>  LINDQUIST & SCHUMAN, P.A.<br>225 South Sixth Street, Suite 4200<br>Minneapolis, MN  55402<br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)